UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund, | Court File No. 08-0981 PJS/RLE |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Aabbott-Ferraro, Inc., | |
| Defendant. | |

---

This Stipulation is entered into by and between Trustees of the Sheet Metal Local # 10 Control Board Trust Fund ("Plaintiffs") and Duluth Sheet Metal & Roofing Company ("Defendant"), by and through their respective counsel.

WHEREAS, Defendant was served with the Complaint in this matter on April 15, 2008; and

WHEREAS, the parties wish to extend the time for Defendant to respond to the Complaint to May 26, 2008;

NOW THEREFORE, in consideration of the recitals stated herein and the mutual promises, covenants, and conditions herein contained, and for such other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1. The deadline for the Defendant to respond to the Complaint is extended to May 26, 2008.

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall be deemed an original but all of which

1

together shall constitute one and the same instrument. Exchange of copies of this Stipulation and of signature pages by facsimile transmission shall constitute effective execution and delivery thereof and may be used in lieu of the original document.

Dated: April 30, 2008    JENSEN, BELL, CONVERSE & ERICKSON, P.A.

By: /s/ Carol A. Baldwin
Mitchell W. Converse (0248885)
Carol A. Baldwin (#174427)
1500 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Phone (651) 223-4999
**Attorneys for Plaintiffs**

Dated: April 30, 2008    OKONESKI LAW FIRM

By: /s/    Thomas J. Okoneski
Thomas J. Okoneski (146791)
P.O. Box 9069
North St. Paul, MN 55109
Phone (651) 260-3524
**Attorneys for Defendant**