UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund;

   Plaintiffs,

vs.

Aabbott Ferraro, Inc.,

   Defendant.

_____

Civil File No.08-CV-981 (PJS/RLE)

**NOTICE OF APPEARANCE**

  The undersigned attorney hereby notifies the Court and counsel that Carl S. Wosmek, of McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, shall appear as counsel of record for Plaintiffs in this case.

|  |  |
|---|---|
|  | MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB CHARTERED |
| Dated: April 2, 2009 | By: s/ Carl S. Wosmek<br>Carl S. Wosmek #300731<br>Amy L. Court #319004<br>800 Nicollet Mall, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 338-2525 |
|  | *Attorneys for Plaintiffs* |

383031.DOC